IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| RICARDO JOSUE VASQUEZ ESTRADA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:26-CV-00018 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| ALEXANDER SANCHEZ, in his official | § | |
| capacity as Warden of the IAH Secure Adult | § | |
| Detention Facility; BRET BRADFORD, in his | § | |
| official capacity as Field Office Director of ICE | § | |
| Enforcement and Removal Operations Houston | § | |
| Field Office; KRISTI NOEM, in her official | § | |
| capacity as Secretary of the Department of | § | |
| Homeland Security; PAM BONDI, in her official | § | |
| capacity as Attorney General of the United States, | § | |
| | § | |
| *Respondents*. | § | |
| | § | |

## ORDER DIRECTING PETITIONER TO COMPLY WITH LOCAL RULES

Before the Court is Petitioner Ricardo Josue Vasquez Estrada's Petition for Writ of Habeas Corpus.

[Dkt. 1]. The Court has reviewed the Petition and finds it to be in violation of Local Rule CV-65.

It is therefore **ORDERED** that Petitioner file an Amended Petition, and additional motions as

necessary, curing the defect(s) within **three (3) days** from the date of this Order. Failure to do so may result

in this action's dismissal without prejudice.

**SIGNED this 4th day of February, 2026.**

Michael J. Truncale
United States District Judge